# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:21-cr-00067-AA-1 |
| v. | **INFORMATION** |
| **SHAUNNA LEE PAYNE,** | 18 U.S.C. §§ 922((j) and 924(a)(2) |
| **Defendant.** | |

### THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Possession of a Stolen Firearm)**
**(18 U.S.C. §§ 922((j) and 924(a)(2))**

On or between March 17, 2017 and March 31, 2017, in the District of Oregon, defendant **SHAUNNA LEE PAYNE**, knowingly possessed a stolen firearm, that is, a Ruger, Model P98, 9mm Luger, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen;

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

Dated: February 26, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

s/ *Judith R. Harper*
JUDITH R. HARPER, OSB # 903260
Assistant United States Attorney